NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUTABLE HOSPICE CARE, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GOVERNMENT SERVICES, INC., et al.,<br><br>Defendants. | Case No. 8:25-cv-01428-FWS-JDE<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE [22]**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

    Having reviewed and considered the Stipulation for Dismissal of Action without Prejudice [22] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

///

///

///

The above-captioned case is **DISMISSED WITHOUT PREJUDICE**, and each of the parties is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED**.

Dated:  November 20, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE